ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
PAUL SACHELARI
Special Assistant United States Attorney
  Social Security Administration
  333 Market Street, Suite 1500
  San Francisco, California 94105
  Telephone: (415) 977-8933
  Facsimile: (415) 744-0134
  E-Mail: paul.sachelari@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GRACIELA BARRIENTOS, ) ) | No. CV 11-1055 JEM |
| Plaintiff, ) ) | [PROPOSED] ORDER OF REMAND |
| v. ) ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) ) | |
| Defendant. ) | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand"), **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation of Remand.

Dated: May 24, 2011

*/s/John E. McDermott*_____

HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE